REBECCA SKYDELL, as Assignee of LORETTA R. WEDDING, Appellant, v. ERLING S. WEDDING, Respondent.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of NOAH L. LORD for Admission to Practice as an Attorney. (From the State of Louisiana.) — Application granted. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.

In the Matter of GEORGE J. GORNSTEIN for Admission to Practice as an Attorney. (From the State of Massachusetts.)— Application granted. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.

In the Matter of IRVING J. ZIPIN for Admission to Practice as an Attorney. (From the State of Pennsylvania.) — Application granted. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.

## (December 21, 1961)

In the Matter of JAMES W. WEBER.— Motion by petitioner, James W. Weber, to vacate order disbarring him as an attorney at law, and for reinstatement as a member of the Bar. Based upon the report of the Character Committee for the Tenth Judicial District, approving the character and fitness of the petitioner, the motion is granted; the prior order of disbarment is vacated; and petitioner is reinstated as an attorney and counselor at law. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

JOHN KOHILAKIS et al., Respondents, v. THOMAS J. HARWOOD, as Supervisor of the Town of Islip, et al., Appellants.— Motion by respondents to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before January 12, 1962. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.